```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

THE TRADESMEN GROUP, INC.,
et al.,

      Plaintiffs,

v.                        CASE NO:   8:10-cv-1160-T-33AEP

HEIDI CECIL, et al.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendant Heidi Cecil's Amended Suggestion of Pendency of Bankruptcy Proceedings (Doc. # 46), which states that Defendant Heidi Cecil filed a bankruptcy petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida on January 13, 2011. She also submits that the alleged debt, which is the subject of this lawsuit, is a consumer debt, and, therefore, the stay protects the debtor as well as any co-debtors under 11 U.S.C. § 1301(a).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pursuant to the provisions of 11 U.S.C. §§ 362 & 1301(a), this case is automatically **STAYED** as to all the

Defendants.

(2) All pending motions are **DENIED AS MOOT** with leave to re-file as necessary upon the case being reinstated to active status.

(3) The Clerk is directed to administratively **CLOSE** this case.

(4) Plaintiffs may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiffs shall promptly move for dismissal of this case.

(5) Defendant Heidi Cecil is directed to file and serve, on or before April 29, 2011, and every three months thereafter, a status report regarding the Defendant's bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 31st day of January, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2